No. 86–6041.   FABIAN *v.* RYAN.   Sup. Ct. Fla.   Certiorari denied.

No. 86–6045.   AVEDISIAN *v.* HUBBARD ET UX.   C. A. 4th Cir. Certiorari denied.

No. 86–6046.   REESE *v.* FAIRMAN, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–6047.   WARD *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 86–6048.   BROWN *v.* MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 86–6051.   PRITCHETT *v.* GRISSWOLD, ACTING WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–6052.   PIKOP *v.* BURLINGTON NORTHERN RAILROAD CO., INC.   C. A. 8th Cir.   Certiorari denied.

No. 86–6053.   QUINONEZ-CIENFUEGOS *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 86–6056.   AMOS *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 86–6058.   GRAHAM *v.* COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT, ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 86–6064.   MULAZIM *v.* REDMAN, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 86–6065.   WILKINS *v.* WEBB ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–6068.   RUEBKE *v.* KANSAS.   Ct. App. Kan.   Certiorari denied.

No. 86–6069.   PATTERSON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 86–6070.   FITZGIBBONS *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.